# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
FRANK PHELAN, BAR NO. 10716.

No. 70149

FILED

MAY 11 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition under SCR 111 concerning attorney Frank Phelan, based on a conviction for trespassing, a misdemeanor in violation of NRS 207.200(1). Phelan self-reported the conviction to the State Bar as required by SCR 111(2). Because the conviction is not for a "serious crime" as defined in SCR 111(6), temporary suspension and referral for disciplinary proceedings are not mandatory. SCR 111(7), (8). Having considered the petition and supporting documentation, we conclude that Phelan's offense is a minor one that does not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time. *See* SCR 111(9).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16 - 14788

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Phelan Law Firm, LLC
Kimberly K. Farmer, Executive Director, State Bar of Nevada